# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CHAUNCEY ERIN HOWARD**, <br> [DOB: 08/23/1984] <br><br> Defendant. | No.  2:21-cr-4007-SRB <br><br> **COUNT 1** <br> 18 U.S.C. § 922(g)(1) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> **COUNT 2** <br> 18 U.S.C. § 924(c)(1)(A)(i) <br> NLT 5 Years and NMT Life Imprisonment <br>   (Consecutive to Count 1) <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class A Felony <br><br> $100 Special Assessment |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
(Felon in Possession of a Firearm)
<u>18 U.S.C. § 922(g)(1)</u>

On or about July 22, 2020, within Boone County, in the Western District of Missouri, the defendant, **CHAUNCEY ERIN HOWARD**, knowing he had previously been convicted of a crime punishable for a term exceeding one year, knowingly possessed, in and affecting commerce, firearms, that is, Taurus, model G3, 9mm, semi-automatic handgun, serial number ABD471224, S.C. Nova Grup S.R.L, model NAK-9, 9mm semi-automatic handgun, serial number RONVMB71918076, and Smith & Wesson, model SD40VE, .40 caliber semi-automatic handgun, serial number FCJ8530; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

# COUNT 2
(Possession of a Firearm in Furtherance
Of a Drug Trafficking Crime)
<u>18 U.S.C. § 924(c)(1)(A)(i)</u>

Between dates, July 6, 2020, until July 22, 2020, said dates being approximate, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, **CHAUNCEY ERIN HOWARD**, knowingly possessed firearms, those are, Taurus, model G3, 9mm, semi-automatic handgun, serial number ABD471224, S.C. Nova Grup S.R.L, model NAK-9, 9mm semi-automatic handgun, serial number RONVMB71918076, and Smith & Wesson, model SD40VE, .40 caliber semi-automatic handgun, serial number FCJ8530, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**A TRUE BILL.**

*/S/ Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**

*/S/ Ashley S. Turner*
**ASHLEY S. TURNER**
Assistant United States Attorney
Missouri Bar No. 62314

Dated:   02/25/2021